## DAVID W. CUMMINGS *v.* TWIN TOOL MANUFACTURING COMPANY ET AL.
### (AC 17517)

Foti, Schaller and Sullivan, Js.

Argued April 1—officially released April 28, 1998

Per Curiam. The decision of the workers' compensation review board is affirmed.

## KATHLEEN CHRISTENSEN *v.* KENT MANAGEMENT, INC.
### (AC 17241)

Foti, Lavery and Landau, Js.

Submitted on briefs April 2—officially released April 28, 1998

Per Curiam. The judgment is affirmed.

## CROMWELL HILLS CONDOMINIUM ASSOCIATION #1, INC. *v.* GEORGE V. LAWLER
### (AC 17455)

O'Connell, C. J., and Hennessy and Sullivan, Js.

Submitted on briefs April 2—officially released April 28, 1998

Per Curiam. The judgment is affirmed.